DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant, *v.* MERLE HOLMES et al., Respondents, Impleaded with Another.

(Submitted November 24, 1924; decided December 16, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 239 N. Y. 503.)